Arthur Reese and Emily Reese, His Wife, Plaintiffs-Appellees, v. Village of Mount Prospect, a Body Politic and Corporate, Defendant-Appellant.

Gen. No. 51,028.

First District, Second Division.

June 28, 1966.

Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, of Chicago (Jack M. Siegel and R. Marlin Smith, of counsel), for appellant; Harry G. Fins, of Chicago, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.